17-0448

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James A. Orlando, II<br>Nicole M. Orlando<br>　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 18-23134 GLT |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. in the above captioned matter.

At this time, this entry is being filed for monitoring purposes only as this firm was handling the foreclosure matter at the time the bankruptcy was filed.

POWERS KIRN & ASSOCIATES, LLC

By: /s/ Harry B. Reese, Esquire    8.9.18
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090