IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES A. ORLANDO, II<br>NICOLE M. ORLANDO,<br><br>      Debtors,<br><br>FIFTH THIRD BANK,<br><br>      Movant,<br><br>   v.<br><br>JAMES A. ORLANDO, II, NICOLE M.<br>ORLANDO and NATALIE LUTZ<br>CARDIELLO, Chapter 7 Trustee,<br><br>      Respondents. | Bankruptcy No. 18-23134-GLT<br><br>Chapter 7<br><br>Doc. No. |

**MOTION OF FIFTH THIRD BANK FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Fifth Third Bank (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C files this *Motion for Relief from the Automatic Stay* (the "Motion"), and in support thereof states as follows:

PARTIES

1.     Movant is a corporation with offices in Grand Rapids, MI.

2.     Respondents, James A. Orlando, II, and Nicole M. Orlando (the "Debtors"), are an adult individuals with a place of residence located at 310 Windsor Drive, Coraopolis, PA 15108.

3.     Natalie Lutz Cardiello is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

## JURISDICTION AND VENUE

4.        This Court has jurisdiction pursuant to 28 U.S.C. §§ 157(a) and 1334.  This matter

is a "core" proceeding under 28 U.S.C. §157(b)(2)(G).

5.        Venue is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

6.        Sections 105 and 362 of title 11, United States Code, 11 U.S.C. §§ 101 *et seq.* (as

amended, "Bankruptcy Code") and Rules 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure ("Bankruptcy Rules") serve as the statutory bases for the relief requested by Movant

in this Motion.

## FACTUAL BACKGROUND

7.        On August 3, 2018 (the "Petition Date"), the Debtors filed a voluntary petition for

relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as

amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the Western

District of Pennsylvania (the "Court") at case number 18-23134-GLT (the "Case").

8.        Movant holds a Mortgage on the real property located at 1319 Barr Avenue,

Pittsburgh, PA 15205-0000, pursuant to a Mortgage recorded on October 25, 2006 at Instrument

No. 2006-119367 in the public records of Allegheny County, PA.  A copy of the Mortgage and

Equity Credit Agreement and Security Agreement for the Mortgage are attached hereto as **Exhibit

A**.

9.        The current total payoff as of August 23, 2018 is $37,027.16.  Debtors are currently

in arrears to the Movant in the amount of $1,057.00.

10.        The Movant is not mentioned in the Debtors bankruptcy petition and no statement

of intent has been filed by Debtors.

11.        Movant seeks relief from stay to foreclose on the property.

12.     The Movant also requests that this Honorable Court waive the fourteen (14) day

stay imposed by Bankruptcy Rule 4001(a)(3).

WHEREFORE, Movant, Fifth Third Bank respectfully submits the foregoing Motion and

request that this Honorable Court enter an Order granting the relief from Automatic Stay with

respect to the real property located at 1319 Barr Avenue, Pittsburgh, PA 15205-0000. It is further

requested that this grant of relief from stay shall remain in full force and effect, notwithstanding

any subsequent conversion of this case to another chapter.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Fifth Third Bank*

Dated: August 24, 2018