IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES A. ORLANDO, II<br>NICOLE M. ORLANDO,<br><br>　　　　Debtors,<br><br>FIFTH THIRD BANK,<br><br>　　　　Movant,<br><br>　　v.<br><br>JAMES A. ORLANDO, II, NICOLE M. ORLANDO and NATALIE LUTZ CARDIELLO, Chapter 7 Trustee,<br><br>　　　　Respondents. | Bankruptcy No. 18-23134-GLT<br><br>Chapter 7<br><br>Doc. No. |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a.   Relief from the Automatic Stay is granted as to the interest of Fifth Third Bank, in the Debtors' real property located at 1319 Barr Avenue, Pittsburgh, PA 15205-0000; and,

b.   Debtors shall cooperate with the surrender of the property; and,

c.   Fifth Third Bank's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gregory L. Taddonio
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge