**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James A. Orlando II<br>Nicole M. Orlando<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 18-23134 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) and index same on the master mailing list.

           Respectfully submitted,

           **/s/James C. Warmbrodt, Esquire**
           James C. Warmbrodt, Esquire
           Attorney I.D. No. 42524
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           412-430-3594
           jwarmbrodt@kmllawgroup.com