IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JAMES A. ORLANDO, II<br>NICOLE M. ORLANDO,<br><br>      Debtors,<br><br>FIFTH THIRD BANK,<br><br>         Movant,<br><br>   v.<br><br>JAMES A. ORLANDO, II, NICOLE M.<br>ORLANDO and NATALIE LUTZ CARDIELLO,<br>Chapter 7 Trustee,<br><br>         Respondents. | Bankruptcy No. 18-23134-GLT<br><br>Chapter 7<br><br>Related to Doc. No. 19 |

CERTIFICATE OF NO OBJECTION OR RESPONSE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 19, and served on the Respondents herein has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 17, 2018.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: September 18, 2018

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Fifth Third Bank*