Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

30

In re:                                                                                           Bankruptcy Case No.: 18−23134−GLT

                                                                                                  Chapter: 7

**James A. Orlando II**                                                          Nicole M. Orlando
    Debtor(s)

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 26, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

| | |
|---|---|
| **Address of the Bankruptcy Court**<br>U.S. Bankruptcy Court<br>c/o CLAIMS CLERK<br>5414 U.S Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Michael R. Rhodes<br>*Clerk, U.S. Bankruptcy Court* |

Dated: 9/17/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-23134-GLT
James A. Orlando, II                                                                    Chapter 7
Nicole M. Orlando
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin                Page 1 of 2              Date Rcvd: Sep 17, 2018
                              Form ID: 154               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2018.
```
db/jdb        +James A. Orlando, II,   Nicole M. Orlando,    310 Windsor Drive,    Coraopolis, PA 15108-3260
cr            +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047
14907121      +Artevino, LLC,    2512 Hawthorne Drive,    Oakdale, PA 15071-1417
14893088      +Bridgecrest,    P.O. Box 29018,    Phoenix, AZ 85038-9018
14893089      +Bridgeway Capital,    1920 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
14893091      +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14893092     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley Drive, MD 1MOOCOP,
                Cincinnati, OH 45263)
14893093       Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
14893094      +Hill Barth and King,    400 Broad Street, #1006,    Sewickley, PA 15143-1500
14893095      +Mr. Cooper,    P.O. Box 60516,    City of Industry, CA 91716-0516
14893096       Nationwide Credit (Chase Bank USA),    P.O. Box 14581,    Des Moines, IA 50306-3581
14893098       PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
14893099       PNC Bank,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
14893100      +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
14893102       PWSA,    P.O. Box 747055,    Pittsburgh, PA 15274-7055
14893097      +Painting With A Twist, LLC,    820 LaFitte Street, Suite 104,    Mandeville, LA 70448-5274
14907134      +Pamela Schaffner,    2512 Hawthorne Drive,    Oakdale, PA 15071-1417
14893103      +Seterus Inc.,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
14893104      +ShellPoint,    55 Beattie Place, Suite 600,    Greenville, SC 29601-2165
14907142      +Sinfully Artistic, LLC,    310 Windsor Drive,    Coraopolis, PA 15108-3260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QNLCARDIELLO.COM Sep 18 2018 06:13:00    Natalie Lutz Cardiello,    107 Huron Drive,
                Carnegie, PA 15106-1826
cr            +EDI: AISACG.COM Sep 18 2018 06:13:00     BMW Bank of North America, c/o AIS Portfolio Servi,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr            +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2018 02:23:22     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14893085      +EDI: AMEREXPR.COM Sep 18 2018 06:13:00     American Express,    P.O. Box 981537,
                El Paso, TX 79998-1537
14893086       EDI: BANKAMER.COM Sep 18 2018 06:13:00     Bank of America,    P.O. Box 31785,
                Tampa, FL 33631-3785
14893087      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2018 02:23:13     Bayview,
                4425 Ponce De Leon Boulevard,    Coral Gables, FL 33146-1873
14893090      +EDI: CHASE.COM Sep 18 2018 06:13:00     Chase Card,    P.O. Box 15298,
                Wilmington, DE 19850-5298
14893101      +EDI: PRA.COM Sep 18 2018 06:13:00     Portfolio Recovery (Capital One),
                120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502-4952
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bayview Loan Servicing as servicer for THE BANK OF
cr              Bridgeway Capital, Inc.
cr              Fifth Third Bank
aty*          +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826
14907120*     +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14907122*      Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
14907123*     +Bayview,    4425 Ponce De Leon Boulevard,    Coral Gables, FL 33146-1873
14907124*     +Bridgecrest,    P.O. Box 29018,    Phoenix, AZ 85038-9018
14907125*     +Bridgeway Capital,    1920 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
14907126*     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
14907127*     +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14907128*    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley Drive, MD 1MOOCOP,
                Cincinnati, OH 45263)
14907129*      Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
14907130*     +Hill Barth and King,    400 Broad Street, #1006,    Sewickley, PA 15143-1500
14907131*     +Mr. Cooper,    P.O. Box 60516,    City of Industry, CA 91716-0516
14907132*      Nationwide Credit (Chase Bank USA),    P.O. Box 14581,    Des Moines, IA 50306-3581
14907136*      PNC Bank,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
14907137*     +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
14907135*      PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
14907139*      PWSA,    P.O. Box 747055,    Pittsburgh, PA 15274-7055
14907133*     +Painting With A Twist, LLC,    820 LaFitte Street, Suite 104,    Mandeville, LA 70448-5274
14907138*     +Portfolio Recovery (Capital One),    120 Corporate Boulevard, Suite 100,
                Norfolk, VA 23502-4952
14907140*     +Seterus Inc.,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
```

```
District/off: 0315-2              User: admin                Page 2 of 2                   Date Rcvd: Sep 17, 2018
                                  Form ID: 154               Total Noticed: 28

            ***** BYPASSED RECIPIENTS (continued) *****
14907141*        +ShellPoint,   55 Beattie Place, Suite 600,   Greenville, SC 29601-2165
                                                                                       TOTALS: 4, * 21, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Harry B. Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,
               Michelle@mvrlaw.com
              J. Michael McCague    on behalf of Creditor    Bridgeway Capital, Inc. jmm@gmwpclaw.com
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello     ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert O Lampl    on behalf of Debtor James A. Orlando, II rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
               lampllaw.co
              Robert O Lampl    on behalf of Joint Debtor Nicole M. Orlando rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@
               lampllaw.co
                                                                                             TOTAL: 11
```