# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James A. Orlando, II<br>Nicole M. Orlando | :CHAPTER 7<br>:CASE NO: 18-23134-GLT<br>:<br>: 11 *U.S.C.* § 362(d) |
| Debtors, | : |
| | : |
| The Bank of New York Mellon FKA<br>The Bank of New York, as Trustee for the<br>Certificateholders of CWALT, Inc.,<br>Alternative Loan Trust 2004-29CB,<br>Mortgage Pass-Through Certificates,<br>Series 2004-29CB | :<br>:<br>:<br>:<br>:<br>: |
| | : Date and Time of Hearing: |
| Movant | :   November 1, 2018 at 10:00 a.m. |
| v. | : |
| | : |
| James A. Orlando, II<br>Nicole M. Orlando | :<br>: Response Due:   October 12, 2018 |
| Debtors | : |
| And | : |
| | : |
| Natalie Lutz Cardiello | : |
| Trustee | : |
| | : |
| Respondents | : |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-29CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29CB FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the Motion by no later than **October 12, 2018** (i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written respond, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar on the Court's web page to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on November 1, 2018 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  September 25, 2018

    Respectfully Submitted,

**/s/Brian E. Caine, Esq.**
Brian E. Caine, Esq.
bcaine@parkermccay.com
Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
*Attorney for Movant*