## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James A. Orlando, II<br>Nicole M. Orlando | :CHAPTER 7<br>:CASE NO: 18-23134-GLT<br>: |
| Debtors, | : 11 *U.S.C.* § 362(d)<br>: |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-29CB, Mortgage Pass-Through Certificates, Series 2004-29CB | :<br>:<br>:<br>:<br>:<br>: |
| Movant<br>v. | : Date and Time of Hearing:<br>:   November 1, 2018 at 10:00 a.m.<br>: |
| James A. Orlando, II<br>Nicole M. Orlando<br>Debtors<br>And | :<br>:<br>:<br>: |
| Natalie Lutz Cardiello<br>Trustee | :<br>: |
| Respondents | : |

### CONSENT TO CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C.§362(e) PENDING FINAL HEARING

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-29CB, Mortgage Pass-Through Certificates, Series 2004-29CB by its undersigned counsel, consents to the extension of the automatic stay pursuant to 11 U.S.C. §362(e) pending a final hearing on the motion for relief, and waives any right to declare a grant of relief in the event that the hearing is not held within thirty (30) days of the request for relief.

Date:  9/25/18

Respectfully Submitted,
**/s/Brian E. Caine, Esq.**
Brian E. Caine, Esq.
bcaine@parkermccay.com
Attorney ID 86057
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(p) 856-985-4059
(fax) 856-596-3427
*Attorney for Movant*