**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/3/18 5:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-23134-GLT |
| JAMES A. ORLANDO II | : | Chapter 7 |
| NICOLE M. ORLANDO | : | Related Dkt. No. 45 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| No Respondent(s) | : | |

## ORDER APPROVING COUNSEL FOR THE TRUSTEE

AND NOW, this  3rd  day of  October , 20 18 , upon consideration of the ***APPLICATION TO APPOINT AN ATTORNEY FOR THE TRUSTEE*** filed at Doc. No. 45 (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The Application is approved as of the date the Application was filed.

(2) The ***Law Offices of Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106*** is hereby appointed as ***Attorney*** for the Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

Prepared by: Natalie Lutz Cardiello, Trustee

_____
GREGORY  TADDONIO  hct
United States Bankruptcy Judge

cc: Debtor
    Counsel
    Professional
    Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James A. Orlando, II
Nicole M. Orlando
    Debtors

Case No. 18-23134-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: culy　　　Page 1 of 1　　　Date Rcvd: Oct 04, 2018
　　　　　　　　　　　　　Form ID: pdf900　 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db/jdb　　+James A. Orlando, II,　Nicole M. Orlando,　310 Windsor Drive,　Coraopolis, PA 15108-3260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
      Amanda Rauer　on behalf of Creditor　BANK OF AMERICA, N.A. amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
      Brian E. Caine　on behalf of Creditor　The Bank Of New York Mellon, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
      Harry B. Reese　on behalf of Creditor　BANK OF AMERICA, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      Heather Stacey Riloff　on behalf of Creditor　Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com
      J. Michael McCague　on behalf of Creditor　Bridgeway Capital, Inc. jmm@gmwpclaw.com
      James Warmbrodt　on behalf of Creditor　Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) bkgroup@kmllawgroup.com
      Keri P. Ebeck　on behalf of Creditor　Fifth Third Bank kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Keri P. Ebeck　on behalf of Creditor　Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      Natalie Lutz Cardiello　ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
      Natalie Lutz Cardiello　on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee　ustpregion03.pi.ecf@usdoj.gov
      Robert O Lampl　on behalf of Joint Debtor Nicole M. Orlando rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
      Robert O Lampl　on behalf of Debtor James A. Orlando, II rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
      　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 13