**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES A. ORLANDO, II | : | BK. No. 18-23134-GLT |
| NICOLE M. ORLANDO | : | |
| Debtors | : | Chapter No. 7 |
| | : | |
| CITIMORTGAGE, INC. | : | |
| Movant | : | |
| v. | : | Hearing Date: NOVEMBER 15, 2018 |
| JAMES A. ORLANDO, II | : | |
| NICOLE M. ORLANDO | : | |
| and | : | Hearing Time: 10:00 am |
| NATALIE LUTZ CARDIELLO (TRUSTEE) | : | |
| Respondents | : | Objection Date: OCTOBER 26, 2018 |
| | : | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 10/8/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| NATALIE LUTZ CARDIELLO (TRUSTEE)<br>107 HURON DRIVE<br>CARNEGIE, PA 15106<br>ncardiello@comcast.com | JAMES A. ORLANDO, II<br>310 WINDSOR DRIVE<br>CORAOPOLIS, PA 15108 |
| | NICOLE M. ORLANDO<br>310 WINDSOR DRIVE<br>CORAOPOLIS, PA 15108 |
| ROBERT O LAMPL<br>ROBERT O LAMPL LAW OFFICE<br>Benedum Trees Building<br>223 Fourth Avenue, 4th Floor<br>PITTSBURGH, PA 15222<br>rol@lampllaw.com | JAMES A. ORLANDO, II<br>1319 BARR AVENUE<br>PITTSBURGH, PA 15205 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>Ustp.region03@usdoj.gov | NICOLE M. ORLANDO<br>1319 BARR AVENUE<br>PITTSBURGH, PA 15205 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

<u>/s/ Jodi L. Hause, Esquire</u>
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com

10/8/2018