POWERS, KIRN & ASSOCIATES, LLC
By:  Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant

FILED
10/12/18 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James A. Orlando, II<br>Nicole M. Orlando<br>         Debtors<br>BANK OF AMERICA, N.A.<br>         Movant<br>    v.<br>James A. Orlando, II<br>Nicole M. Orlando<br>Natalie Lutz Cardiello, Esquire<br>         Respondents | Chapter 7 Proceeding<br><br>18-23134 GLT<br><br>Related Dkt. Nos.41 and 52 |

## STIPULATION TO ALLOW TIME
## TO SELL THE MORTGAGED PREMISES

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Jill Manuel-Coughlin, Esquire on behalf of secured creditor, BANK OF AMERICA, N.A. ("Movant").

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtors pursuant to a Note and Mortgage on Debtor's real estate known as at 3112 Ashlyn Street, Pittsburgh, PA 15204.

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, the Debtors and Movant, agree to the following:

   (a) Based on the value of the property, the Chapter 7 Trustee, Natalie Lutz Cardiello, intends to sell the property. It is anticipated by the Trustee that the sale of the property shall be completed by January 1, 2019.

   (b) It is agreed by the parties that the property shall be sold on or before January 1, 2019, that settlement on the sale of the property shall be completed on or before that date and that Movant's mortgage lien will be paid in full from the sale proceeds at the time of closing. Any Sale for less than the full payoff of Movant's lien shall be subject to final approval by BANK OF AMERICA, N.A..

(c) Should the sale of the property not be completed by January 1, 2019, debtors shall be provided a fifteen day cure period to bring the post-petition payments current via a Notice of Default detailing the amount needed to cure the post-petition default at that time.

(d) If any of the provisions above are not completed by the dates set forth therein the parties agree that Movant may certify the default to this Court and an Order shall be entered granting Movant and/or its successors and assigns relief from the automatic stay without further notice and hearing.

(e) Should Movant and/or its successors and assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(d) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

(f) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____    Date: 10/8/18
Ryan Cooney, Esquire for
Robert O. Lampl, Esquire
Attorney for Debtors


/s/ Jill Manuel-Coughlin, Esquire    Date: 10/9/2018
Jill Manuel-Coughlin, Esquire
Attorney for Movant


/s/ Natalie Lutz Cardiello, Esquire    Date: 10/9/2018
Natalie Lutz Cardiello, Esquire
Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James A. Orlando, II<br>Nicole M. Orlando<br>    Debtors<br><br>BANK OF AMERICA, N.A.<br>    Movant<br>   v.<br><br>James A. Orlando, II<br>Nicole M. Orlando<br>Natalie Lutz Cardiello, Esquire<br>    Respondents | Chapter 7 Proceeding<br><br>18-23134 GLT |

## ORDER APPROVING STIPULATION

AND NOW, this 12th day of October, 2018, the Stipulation to Sell the Mortgaged Premises is hereby approved by the Court.

Dated: 10/12/18
cm: Jill Manuel-Coughlin, Esq.
Natalie Cardiello, Esq.
Ryan Cooney, Esq.

_____
United States Bankruptcy Judge
Gregory L. Taddonio

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James A. Orlando, II
Nicole M. Orlando
    Debtors

Case No. 18-23134-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: culy　　　　Page 1 of 1　　　　Date Rcvd: Oct 12, 2018
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
    +Ryan Cooney, Esq.,   Benedum Trees Building,   223 Fourth Avenue, 4th Floor,    Pittsburgh, PA 15222-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
    Amanda Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
    Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
     bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
    Harry B. Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,    Michelle@mvrlaw.com
    J. Michael McCague    on behalf of Creditor    Bridgeway Capital, Inc. jmm@gmwpclaw.com
    James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) bkgroup@kmllawgroup.com
    Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
    Jodi L. Hause    on behalf of Creditor    CITIMORTGAGE, INC. jodi.hause@phelanhallinan.com,    pawb@fedphe.com
    Keri P. Ebeck    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,    DMcKay@bernsteinlaw.com
    Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,    DMcKay@bernsteinlaw.com
    Natalie Lutz Cardiello     ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com
    Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
    Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
    Robert O Lampl    on behalf of Joint Debtor Nicole M. Orlando rol@lampllaw.com,
     jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
    Robert O Lampl    on behalf of Debtor James A. Orlando, II rol@lampllaw.com,
     jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15