**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James A. Orlando, II | :**CHAPTER 7** |
| Nicole M. Orlando | :**CASE NO: 18-23134-GLT** |
| | : |
| Debtors, | : **11** *U.S.C.* **§ 362(d)** |
| | : |
| The Bank of New York Mellon FKA | : |
| The Bank of New York, as Trustee for the | : |
| Certificateholders of CWALT, Inc., | : |
| Alternative Loan Trust 2004-29CB, | : |
| Mortgage Pass-Through Certificates, | : |
| Series 2004-29CB | : |
| | : Date and Time of Hearing: |
| Movant | :   November 1, 2018 at 10:00 a.m. |
| v. | : |
| | : |
| James A. Orlando, II | : |
| Nicole M. Orlando | : Response Due:  October 12, 2018 |
| Debtors | : |
| And | : |
| | : Default Order Granting Motion for |
| Natalie Lutz Cardiello | : Relief from the Automatic Stay |
| Trustee | : |
| | : |
| Respondents | : |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER GRANTING MOTION OF THE
BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN
TRUST 2004-29CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-
29CB FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above
captioned pleading on the parties at the addresses specified below on October 22,
2018.

**SERVICE BY Notice of Electronic Filing:**

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(rol@lampllaw.com)

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(ustpregion03.pi.ecf@usdoj.gov)*

**Natalie Lutz Cardiello**
107 Huron Drive
Carnegie, PA 15106
(ncardiello@comcast.net)

**SERVICE BY First-Class Mail:**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**U.S. TRUSTEE**

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
**DEBTORS' ATTORNEY**

James A. Orlando, II          James A. Orlando, II
310 Windsor Drive            2215 Eastlawn Parkway
Coraopolis, PA 15108         Erie PA 16510
**DEBTOR**

Nicole M. Orlando            Nicole M. Orlando
310 Windsor Drive            2215 Eastlawn Parkway
Coraopolis, PA 15108         Erie PA 16510
**DEBTOR**

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106
**TRUSTEE**

EXECUTED ON:   10/22/2018

By:____/s/  Brian E. Caine____
      BRIAN E. CAINE
      PA Attorney ID #86057
      **PARKER McCAY P.A.**

9000 Midlantic Drive; Suite 300
Mt. Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com
Attorney for Movant