## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: James A. Orlando, II and Nicole M. Orlando | : |
| | : Bky# 18-23134-GLT |
| Debtor | : |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns | : Chapter 7 |
| Movant | : |
| v. | : |
| James A. Orlando, II and Nicole M. Orlando | : |
| Respondent | : |
| and | : |
| Natalie Lutz Cardiello, Trustee | : |
| Additional Respondent | : |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION OF SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR FOR RELIEF FROM THE AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting you rights or property.

Your are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **November 8, 2018**, (seventeen (17) days after the date of service below) in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage www.pawb.uscourts.gov. If you fail to timely respond, and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**YOU SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE.**

A hearing will be held on **November 29, 2018 at 10:30 a.m., before the Honorable Judge Gregory L. Taddonio in Court Room "A", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of ten (10) minutes is being provided on the

calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

Date of Mailing: October 22, 2018

    **/s/Heather S. Riloff**
**Heather S. Riloff, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610) 328-2887 Ext 13**
**Heather@mvrlaw.com**
**Attorney I.D. #309906**