## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 18-23134 |
| James A. Orlando, II and Nicole M. | : |
| Orlando          Debtor | : CHAPTER 7 |
| | : |
| Seterus, Inc., as the authorized subservicer | : |
| for Federal National Mortgage Association | : Docket No.. |
| ("Fannie Mae"), creditor | : |
| Movant | : |
| | : |
| v. | : |
| James A. Orlando, II and Nicole M. | : |
| Orlando | : |
| Respondent | : |
| Natalie Lutz Cardiello | : |
| Additional Respondent | : |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that, I served or caused to be served, on the 22ND day of OCTOBER, 2018 a copy of the above Motion with attached proposed Order(s) of court, and a Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

James A. Orlando, II and Nicole M. Orlando
310 Windsor Drive
Coraopolis, PA 15108

Robert O. Lampl, Esquire
223 Fourth Avenue, 4th Floor
Pittsburgh PA 15222

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106

Office of the U.S. Trustee, Esquire
1001 Liberty Center, Suite 970
Pittsburgh PA 15222

**/s/Heather S. Riloff, Esquire**
**Heather S. Riloff, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610)328-2887 ext 13**
**heather@mvrlaw.com**
**Attorney I.D. #309906**