## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **JAMES A. ORLANDO, II** | : | **BK. No. 18-23134 GLT** |
| **NICOLE M. ORLANDO** | : | |
| **Debtors** | : | **Chapter No. 07** |
| | : | |
| **CITIMORTGAGE, INC.** | : | **Related to Document No. 48** |
| **Movant** | : | |
| **v.** | : | |
| **JAMES A. ORLANDO, II** | : | |
| **NICOLE M. ORLANDO** | : | |
| **and** | : | |
| **NATALIE LUTZ CARDIELLO, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | : | |

### CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 48

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on October 8, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than October 30, 2018.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: October 30, 2018

/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com
Attorney for Movant/Applicant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **JAMES A. ORLANDO, II** | : | **BK. No. 18-23134 GLT** |
| **NICOLE M. ORLANDO** | : | |
| Debtors | : | **Chapter No. 07** |
| | : | |
| **CITIMORTGAGE, INC. SUCCESSOR BY MERGER TO** | : | **Related to Document No. 48** |
| **PRINCIPAL RESIDENTIAL MORTGAGE, INC.** | : | |
| Movant | : | |
| v. | : | |
| **JAMES A. ORLANDO, II** | : | |
| **NICOLE M. ORLANDO** | : | |
| and | : | |
| **NATALIE LUTZ CARDIELLO, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 10/30/2018.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification
NATALIE LUTZ CARDIELLO (TRUSTEE)
107 HURON DRIVE
CARNEGIE, PA 15106
ncardiello@comcast.com

ROBERT O LAMPL
ROBERT O LAMPL LAW OFFICE
Benedum Trees Building
223 Fourth Avenue, 4th Floor
PITTSBURGH, PA 15222
rol@lampllaw.com

OFFICE OF THE UNITED STATES
TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
Ustp.region03@usdoj.gov

Service by First Class Mail
JAMES A. ORLANDO, II
310 WINDSOR DRIVE
CORAOPOLIS, PA 15108

NICOLE M. ORLANDO
310 WINDSOR DRIVE
CORAOPOLIS, PA 15108

JAMES A. ORLANDO, II
1319 BARR AVENUE
PITTSBURGH, PA 15205

NICOLE M. ORLANDO
1319 BARR AVENUE
PITTSBURGH, PA 15205

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

Dated: October 30, 2018
/s/ Jodi L. Hause, Esquire
Jodi L. Hause, Esq., Id. No.90625
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31502
Fax Number: 215-568-7616
Email: Jodi.Hause@phelanhallinan.com
Attorney for Movant/Applicant