IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
**NOV 15 2018**
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : Case No.: | 18-23134-GLT |
| | : Chapter: | 7 |
| James A. Orlando, II | : | |
| Nicole M. Orlando | : | |
| | : Date: | 11/15/2018 |
| *Debtor(s)*. | : Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #48 - Motion for Relief from Stay filed by Citimortgage
   #72 - CNO Filed

Tentative Ruling: The Court is inclined to deny the motion absent additional proof concerning the value of the subject property. Although the Debtors indicate an intent to surrender the premises, the averments of the motion suggest that substantial equity exists in the premises and the Debtors did not claim any exemption in the asset.

**APPEARANCES:**
   Debtor:   David Fuchs
   Citimortgage:   Jodi Hause

**NOTES:**

Hause: I talked to trustee Cardiello. She sent someone to investigate the property and came up with a BPO of $70,000 so she authorized me to enter her consent to the motion.

Fuchs: No objection.

**OUTCOME:**

1. The Motion for Relief [Dkt. No. 48] is granted (O/E).

**DATED:** 11/15/2018