**FILED**
**NOV 15 2018**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES A. ORLANDO, II | : | BK. No. 18-23134-GLT |
| NICOLE M. ORLANDO | : | |
| Debtors | : | Chapter No. 7 |
| | : | |
| CITIMORTGAGE, INC. | : | |
| Movant | : | Hearing Date: NOVEMBER 15, |
| v. | : | 2018 |
| JAMES A. ORLANDO, II | : | |
| NICOLE M. ORLANDO | : | Hearing Time: 10:00 am |
| and | : | Related Pkt. No. 48 |
| NATALIE LUTZ CARDIELLO (TRUSTEE) | : | Objection Date: OCTOBER 26, |
| Respondents | : | 2018 |
| | : | |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 15th day of November, 2018, upon Motion of **CITIMORTGAGE, INC.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 1319 BARR AVENUE, PITTSBURGH, PA 15205, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_____
Gregory L. Taddonio
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James A. Orlando, II
Nicole M. Orlando
    Debtors

Case No. 18-23134-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Nov 15, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
db/jdb       +James A. Orlando, II,   Nicole M. Orlando,   310 Windsor Drive,   Coraopolis, PA 15108-3260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:

        Amanda Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;harry.reese@pkallc.com
        Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
        Harry B. Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com
        J. Michael McCague    on behalf of Creditor    Bridgeway Capital, Inc. jmm@gmwpclaw.com
        James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) bkgroup@kmllawgroup.com
        Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Jodi L. Hause    on behalf of Creditor    CITIMORTGAGE, INC. jodi.hause@phelanhallinan.com, pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Keri P. Ebeck    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
        Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Robert O Lampl    on behalf of Joint Debtor Nicole M. Orlando rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
        Robert O Lampl    on behalf of Debtor James A. Orlando, II rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co

        TOTAL: 15