# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>James A. Orlando, II and Nicole M. Orlando           Debtor | BANKRUPTCY NO. 18-23134<br><br>CHAPTER 7 |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor<br>                    Movant<br>         v.<br>James A. Orlando, II and Nicole M. Orlando<br>                    Respondent<br>Natalie Lutz Cardiello<br>             Additional Respondent | Docket No.. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that, I served or caused to be served, on the 20TH day of NOVEMBER, 2018 a copy of the DEFAULT ORDER GRANTING RELIEF FROM STAY ENTERED 11/15/2018 filed herewith upon each of the following persons and parties in interest at the addresses shown below:

James A. Orlando, II and Nicole M. Orlando
310 Windsor Drive
Coraopolis, PA 15108

Robert O. Lampl, Esquire
223 Fourth Avenue, 4th Floor
Pittsburgh PA 15222

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106

Office of the U.S. Trustee, Esquire
1001 Liberty Center, Suite 970
Pittsburgh PA 15222

**/s/Heather S. Riloff, Esquire**
**Heather S. Riloff, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**(610)328-2887 ext 13**
**heather@mvrlaw.com**
**Attorney I.D. #309906**