**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James A. Orlando II** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6863** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nicole M. Orlando** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2420** <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18–23134–GLT**

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James A. Orlando II                                          Nicole M. Orlando

12/12/18                                                     **By the court:**   Gregory L. Taddonio
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-23134-GLT
James A. Orlando, II                                                Chapter 7
Nicole M. Orlando
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 3              Date Rcvd: Dec 12, 2018
                              Form ID: 318             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
```
db/jdb         +James A. Orlando, II,   Nicole M. Orlando,   310 Windsor Drive,   Coraopolis, PA 15108-3260
cr             +Key Bank, N.A.,   c/o Saldutti Law Group,   1735 Market St.,   Suite 3750,
                 Philadelphia, PA 19103-7532
cr             +Seterus, Inc., as the authorized subservicer for F,   P.O. Box 1047,   Hartford, CT 06143-1047
14907121       +Artevino, LLC,   2512 Hawthorne Drive,   Oakdale, PA 15071-1417
14893088       +Bridgecrest,   P.O. Box 29018,   Phoenix, AZ 85038-9018
14893089       +Bridgeway Capital,   1920 Gulf Tower,   707 Grant Street,   Pittsburgh, PA 15219-1908
14951043       +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14948245        CitiMortgage, Inc.,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
14893091       +Citimortgage,   P.O. Box 6243,   Sioux Falls, SD 57117-6243
14893092      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,   5050 Kingsley Drive, MD 1MOOCOP,
                 Cincinnati, OH 45263)
14893093        Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
14893094       +Hill Barth and King,   400 Broad Street, #1006,   Sewickley, PA 15143-1500
14951979       +Key Bank, N.A.,   c/o Saldutti Law Group,   800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
14893095       +Mr. Cooper,   P.O. Box 60516,   City of Industry, CA 91716-0516
14893096        Nationwide Credit (Chase Bank USA),   P.O. Box 14581,   Des Moines, IA 50306-3581
14893098        PNC Bank,   P.O. Box 3429,   Pittsburgh, PA 15230-3429
14893099        PNC Bank,   P.O. Box 747066,   Pittsburgh, PA 15274-7066
14893100       +PNC Bank,   P.O. Box 5570,   Cleveland, OH 44101-0570
14893102        PWSA,   P.O. Box 747055,   Pittsburgh, PA 15274-7055
14893097       +Painting With A Twist, LLC,   820 LaFitte Street, Suite 104,   Mandeville, LA 70448-5274
14907134       +Pamela Schaffner,   2512 Hawthorne Drive,   Oakdale, PA 15071-1417
14893103       +Seterus Inc.,   14523 SW Millikan Way, Suite 200,   Beaverton, OR 97005-2352
14893104       +ShellPoint,   55 Beattie Place, Suite 600,   Greenville, SC 29601-2165
14907142       +Sinfully Artistic, LLC,   310 Windsor Drive,   Coraopolis, PA 15108-3260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QNLCARDIELLO.COM Dec 13 2018 08:28:00      Natalie Lutz Cardiello,   107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 04:00:37      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM Dec 13 2018 08:28:00      BMW Bank of North America, c/o AIS Portfolio Servi,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 13 2018 04:02:30      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14893085       +EDI: AMEREXPR.COM Dec 13 2018 08:28:00      American Express,   P.O. Box 981537,
                 El Paso, TX 79998-1537
14947286        EDI: BECKLEE.COM Dec 13 2018 08:28:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14893086        EDI: BANKAMER.COM Dec 13 2018 08:28:00      Bank of America,   P.O. Box 31785,
                 Tampa, FL 33631-3785
14893087       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 13 2018 04:02:06      Bayview,
                 4425 Ponce De Leon Boulevard,   Coral Gables, FL 33146-1873
14893090       +EDI: CHASE.COM Dec 13 2018 08:28:00      Chase Card,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
14929566        EDI: PRA.COM Dec 13 2018 08:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14893101        EDI: PRA.COM Dec 13 2018 08:28:00      Portfolio Recovery (Capital One),
                 120 Corporate Boulevard, Suite 100,   Norfolk, VA 23502-4952
                                                                                               TOTAL: 11
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bayview Loan Servicing as servicer for THE BANK OF
cr              Bridgeway Capital, Inc.
cr              CITIMORTGAGE, INC.
cr              Fifth Third Bank
cr              The Bank Of New York Mellon, et al
cr              The Bank of New York Mellon FKA The Bank of New Yo
aty*           +Natalie Lutz Cardiello,   107 Huron Drive,   Carnegie, PA 15106-1826
14907120*      +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
14947287*       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
14907122*       Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
14907123*      +Bayview,   4425 Ponce De Leon Boulevard,   Coral Gables, FL 33146-1873
14907124*      +Bridgecrest,   P.O. Box 29018,   Phoenix, AZ 85038-9018
```

```
District/off: 0315-2            User: admin                Page 2 of 3                  Date Rcvd: Dec 12, 2018
                                Form ID: 318               Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****
14907125*        +Bridgeway Capital,    1920 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219-1908
14907126*        +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
14907127*        +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14907128*        ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                   GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,    5050 Kingsley Drive, MD 1MOOCOP,
                   Cincinnati, OH 45263)
14907129*         Fifth Third Bank,    PO Box 740778,    Cincinnati, OH 45274-0778
14907130*        +Hill Barth and King,    400 Broad Street, #1006,    Sewickley, PA 15143-1500
14907131*        +Mr. Cooper,    P.O. Box 60516,    City of Industry, CA 91716-0516
14907132*         Nationwide Credit (Chase Bank USA),    P.O. Box 14581,    Des Moines, IA 50306-3581
14907136*         PNC Bank,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
14907137*        +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
14907135*         PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
14907139*         PWSA,    P.O. Box 747055,    Pittsburgh, PA 15274-7055
14907133*        +Painting With A Twist, LLC,    820 LaFitte Street, Suite 104,    Mandeville, LA 70448-5274
14907138*        +Portfolio Recovery (Capital One),    120 Corporate Boulevard, Suite 100,
                   Norfolk, VA 23502-4952
14907140*        +Seterus Inc.,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
14907141*        +ShellPoint,    55 Beattie Place, Suite 600,    Greenville, SC 29601-2165
                                                                                          TOTALS: 7, * 22, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Amanda   Rauer    on behalf of Creditor    BANK OF AMERICA, N.A. amanda.rauer@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              Brian E. Caine    on behalf of Creditor    The Bank Of New York Mellon, et al
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Harry B. Reese    on behalf of Creditor    BANK OF AMERICA, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,
               Michelle@mvrlaw.com
              J. Michael McCague    on behalf of Creditor    Bridgeway Capital, Inc. jmm@gmwpclaw.com
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing as servicer for THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2004-24CB) bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               As Trustee For the CertificateHolders of CWALT, INC., Alternative Loan Trust 2004-24CB, Mortgage
               Pass Through Certificates, Series 2004-24 CB bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jodi L. Hause    on behalf of Creditor    CITIMORTGAGE, INC. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Fifth Third Bank kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2          User: admin              Page 3 of 3            Date Rcvd: Dec 12, 2018
                              Form ID: 318             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca K. McDowell   on behalf of Creditor   Key Bank, N.A. rmcdowell@slgcollect.com
          Robert O Lampl   on behalf of Debtor James A. Orlando, II rol@lampllaw.com,
     jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co
          Robert O Lampl   on behalf of Joint Debtor Nicole M. Orlando rol@lampllaw.com,
     jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com;rkunkel@lampllaw.co

                                                                                 TOTAL: 17