**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: James A. Orlando II**<br>**Nicole M. Orlando**<br>                      **Debtor(s)** | **BK NO. 18-23134 GLT**<br><br>**Chapter 7** |
| **The Bank of New York Mellon FKA The Bank of New York As Trustee For the CertificateHolders of CWALT, INC., Alternative Loan Trust 2004-24CB, Mortgage Pass Through Certificates, Series 2004-24 CB**<br>                      **Movant**<br>      vs.<br><br>**James A. Orlando II**<br>**Nicole M. Orlando**<br>                      **Debtor(s)**<br><br>**Natalie Lutz Cardiello Esq.**,<br>**Trustee** | **Related to Docket #80** |

**CERTIFICATE OF SERVICE OF**
**Default Order on Motion for Relief from the Automatic Stay**

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 3, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James A. Orlando II
310 Windsor Drive
Coraopolis, PA 15108

Nicole M. Orlando
310 Windsor Drive
Coraopolis, PA 15108

Attorney for Debtor(s)
Robert O. Lampl, Esq.
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222

Trustee
Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106

Method of Service: electronic means or first class mail

Dated: <u>January 3, 2019</u>

                                                    **/s/James C. Warmbrodt, Esquire**
                                                    James C. Warmbrodt, Esquire
                                                    Attorney I.D. No. 42524
                                                    KML Law Group, P.C.
                                                    BNY Mellon Independence Center
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106
                                                    412-430-3594
                                                    jwarmbrodt@kmllawgroup.com